IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILADELPHIA WORKFORCE DEVELOPMENT CORPORATION,**<br>            **Plaintiff,**<br><br>         **v.**<br><br>**KRA CORPORATION,**<br>            **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO.  09-5261** |

# O R D E R

**AND NOW**, this 24th day of April, 2015, upon consideration of Defendant/Counterclaim Plaintiff KRA Corporation's Motion to Amend or Reconsider the April 2, 2015 Scheduling Order and the opposition thereto, it is **ORDERED** that the Motion is **DENIED.**

                                                                        **BY THE COURT:**

                                                                        **/S/WENDY BEETLESTONE, J.**

                                                                        _____
                                                                        **WENDY BEETLESTONE, J.**