IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILADELPHIA WORKFORCE DEVELOPMENT CORPORATION,**     **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **KRA CORPORATION,**     **Defendant.** | **NO. 09-5261** |

### O R D E R

**AND NOW**, this 14th day of January, 2016, upon consideration of Defendant KRA Corporation's Renewed Motion for Judgment as a Matter of Law and/or for a New Trial (ECF No. 178); Plaintiff Philadelphia Workforce Development Corporation's Objection thereto (ECF No. 180); and Defendant's Response in Support thereof (ECF No. 182), **IT IS ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**